**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR CVI LCF MORTGAGE LOAN TRUST 1, | : | No. 600 MAL 2019 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| Respondent | : | from the Order of the Superior Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| JAMES VINCENT LIOTT A/K/A JAMES LIOTT, | : | |
| | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 11th day of March, 2020, the Petition for Allowance of Appeal is **DENIED**.